UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **FRIENDS OF MERRYMEETING BAY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 2:11-cv-38-GZS |
| v. ) | |
| ) | |
| **NEXTERA ENERGY RESOURCES, LLC, et al.,** ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 19, 2011 his Recommended Decision (Docket No. 31), which was amended on July 22, 2011 (Docket No. 34). Defendants filed their Objection to the Recommended Decision (Docket No. 35) on August 2, 2011. Plaintiffs filed their Partial Objection to the Amended Recommended Decision on Motion to Dismiss (Docket No. 36) on August 8, 2011. Plaintiffs filed their Response to Defendants' Objection to the Recommended Decision (Docket No. 37) on August 19, 2011. Defendants filed their Opposition to Plaintiffs' Partial Objection to the Amended Recommended Decision on Motion to Dismiss (Docket No. 38) on August 25, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

To the extent that the Defendants' motions to dismiss sought a stay of this action as an alternative to dismissal, the Court's denial of the request for a stay is without prejudice to

Defendants renewing the request if they can provide documentation that the ESA administrative consultation process will result in final agency action by a date certain in the near future. Likewise, to the extent that the Court is dismissing Count II as to NextEra ER and NextEra EMOS, this dismissal is without prejudice to Plaintiffs' filing a timely motion to amend the complaint with more detailed allegations.

1. It is therefore **ORDERED** that the Amended Recommended Decision of the Magistrate Judge is hereby **AFFIRMED.**

2. It is **ORDERED** that the Motion of Defendants NextEra Energy Resources LLC and NextEra Energy Maine Operating Services LLC, and The Merimil Limited Partnership (Docket No. 13) to Dismiss or in the Alternative to Stay this Action is **GRANTED IN PART AND DENIED IN PART.** In accordance with this ruling, Count II of the Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE** as to NextEra Energy Resources LLC and NextEra Energy Maine Operating Services LLC.

3. It is **ORDERED** that the Motion of Defendant FPL Energy Maine Hydro, LLC (Docket No. 29) to Dismiss or in the Alternative to Stay this Action is **DENIED**.

    /s/ George Z. Singal  
    United States District Judge

Dated this 9th day of September, 2011.