# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRIENDS OF MERRYMEETING BAY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Docket no. 2:11-cv-38-GZS |
| v. | ) ) |
| NEXTERA ENERGY RESOURCES, LLC, et al., | ) ) ) |
| Defendant. | ) |

## PROCEDURAL ORDER

In light of the Court's Order On Cross Motions For Summary Judgment, the parties are hereby ORDERED to file a joint status report by February 22, 2013. The joint status report shall indicate each party's position on whether they are ready to proceed to trial or whether there should be further motion practice prior to placing this case on the trial list.

In light of the requested status report, the Court hereby ORDERS that this case not be placed on a trial list until further order of the Court.

SO ORDERED.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 14th day of January, 2013.